AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Nolan Harold Kidd

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00440
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/20/2021
Description: COMPLAINT W/ ARREST WARRANT

Fid 11281604
USMS 49995-509

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nolan Harold Kidd
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/20/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.20 17:39:05 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05 20 21, and the person was arrested on *(date)* 06/11/2021
at *(city and state)* Macon, GA.

Date: 06/11/2021

*Arresting officer's signature*

Eric Colwell Special Agent
*Printed name and title*